STATE of Missouri, Respondent,

v.

Jose I. INTERIANO, Appellant.

No. WD 59837.

Missouri Court of Appeals,
Western District.

March 19, 2002.

Kent Denzel, Asst. Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Adriane D. Crouse, Assistant Attorney General, Jefferson City, for respondent.

Before JOSEPH M. ELLIS, Presiding Judge, EDWIN H. SMITH, Judge, and VICTOR C. HOWARD, Judge.

### ORDER

PER CURIAM.

Appellant Jose Interiano appeals from his conviction in the Circuit Court of Saline County of one count of statutory rape in the first degree, § 566.032, RSMo 2000. Appellant was sentenced to a term of fifty-three years in the Missouri Department of Corrections. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).